**IN THE COUNTY COURT, EIGHTEENTH JUDICIAl CIRCUIT,**
**BREVARD COUNTY, FLORIDA**
CASE NUMBER:  05 - *2023* - SC - *054465* -XXXX-XX

**DIVISION:  SMALL CLAIMS**

**PLAINTIFF(S)**                                        **CLOCK IN**

Marc Krasnow _____
925 Koch Street _____
Merritt Island  FL  32953 _____

_____

_____

**DEFENDANT(S)**

Mission Lane Holdings Inc. _____
Mission Lane LLC _____
C T CORPORATION SYSTEM/RegisteredAgen
4701 COX RD, STE 285 _____
GLEN ALLEN, VA, 23060 _____

FILED IN M.I.
CLERK OF CIR. CT
BREVARD CO. Fl.
2023 NOV 15  AM 8: 07
RACHEL M. SADOFF

**STATEMENT OF CLAIM**
**(Summary Claims)**

| PLAINTIFF'S ADDRESS & PHONE NUMBER | DEFENDANT'S ADDRESS(ES) & PHONE NUMBER(S) |
|---|---|
| Marc Krasnow | Mission Lane LLC |
| 925 Koch Street | Mission Lane Holdings Inc. |
| Merritt Island  FL  32953 | C T CORPORATION SYSTEM |
| 540-818-0512 | 4701 COX RD, STE 285 |
|  | GLEN ALLEN, VA, 23060 |

The Plaintiff claims the amount of $7,999 97_____together with costs a 1d attorney's fees, if applicable, as being due  from the defendant and alleges as the basis of such suit the following matters:
(Fill in the appropriate blanks)

- ☐  Goods sold and delivered by Plaintiff(s) to Defendant(s) between _____,
  20_____, and _____, 20____.

- ☐  Labor and materials furnished by Plaintiff(s) to Defendants(s) between
  _____, 20_____, and _____, 20_____.

- ☐  Money lent by Plaintiff(s) to Defendant(s) on or about _____, 20_____,
  with interest from _____, 20____, in the amount of $_____.

Law 167 / Rev. 07-15-2019                                                                    1

Case # 05-2023-SC-054465-XXXX-XX
Document Page # 1

*37311226*

CASE NUMBER:  05-        -SC-          -XXXX-XX

☐   On _____, 20____, Defendant(s) executed and delivered to Plaintiff(s) a
     promissory note in _____ County, Florida. Defendant(s) failed to pay
     ☐ said note when due, ☐ the installment payment due on said note on
     _____, 20____, and Plaintiff(s) elected to accelerate payment of the
     balance. The balance now due, owing and unpaid is $_____ plus interest
     since _____, 20____, in the amount of $_____.

☐   On or about _____, 20_____, in the vicinity of _____ on
     a public highway in _____ County, Florida, Plaintiff's motor
     vehicle being operated by _____ was in collision with
     Defendant's motor vehicle being operated by _____, and that
     said collision with Plaintiff's vehicle was caused by the negligent and careless operation
     of Defendant's vehicle, whereby Plaintiff's vehicle was damaged and depreciated in
     value.

☐   Plaintiff(s) and Defendant(s) entered into a verbal/written rental agreement on
     _____, 20_____, for the property located at _____,
     Brevard County, Florida.  Defendant(s) vacated said property on or about
     _____, 20_____.  Plaintiff is entitled to $_____ which
     represents:
     [a]   Rent due from _____, 20_____ to ____ _____,
           20____.
     [b]   Damages to said property in the amount of $_____.
     [c]   Damage Deposit which Defendant failed to return.

☐   Plaintiff is filing complaint pursuant to F.S 713.78(5)(a), to determine if property was
     wrongfully taken or withheld. Plaintiff has also posted a cash bond in the amount of
     $_____, pursuant to F.S. 713.78(5)(b), in the amount equal to the lien claimed.

☑   Violation of Fair Credit Billing Act _____ _____
     (Walmart Transaction) _____ _____
     _____ _____
     _____ _____

**WHEREFORE,** Plaintiff demands judgment in the amount of $7,999.97_____, plus interest
in the amount of $_____, and applicable court costs and attorney's fees.

Law 167 / Rev. 07-15-2019                                                                 2

CASE NUMBER:  05-      -&C-        -XXXX-XX

**STATE OF FLORIDA - COUNTY OF BREVARD**

Marc Krasnow_____ being duly sworn on oath states the foregoing claim is a just and true statement of the amount owing by the defendant to the Plaintiff, exclusive of all set-offs and just grounds of defense. Plaintiff states that the Defendant(s) are not in the Military Service of the United States and that the above action has been brought in the County of proper venue.

Dated this ___14___ day of __Nov_____ , 20_23_

_____
PLAINTIFF, ATTORNEY, OR CORPORATE AGENT

SWORN AND SUBSCRIBED TO BEFORE ME THIS __14__ DAY OF
__Nov____ , 20 _23_ .

_____
DEPUTY CLERK

**STATE OF FLORIDA**
**BREVARD COUNTY, FLORIDA**
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS THIS
__14___ DAY OF __Nov_____ , 20_23_ , BY
__MARC J KRASNOW_____ , WHO IS
PERSONALLY KNOWN TO ME OR HAS PRODUCED
_____FL D/L_____ , AS
IDENTIFICATION AND WHO DID (DID NOT) TAKE AN OATH.

_____
NOTARY PUBLIC

Law 167 / Rev 07-15-2019                                              3