IN THE CIRCUIT/COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

**APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS**

Plaintiff/Petitioner o In the Interest Of

vs _____

DEFENDANT/RESPONDENT

CASE NUMBER 05-20 23 - SC - 054465 -XXXX - XX

**Notice to Applicant.** If you qualify for civil indigence you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25 00  This fee shall not be charged for your Dependency or Chapter 39 Termination of Parental Rights actions

1  I have __0__ dependents  (Include only those persons you list on your U S Income tax return )
   Are you Married? ☐ Yes ☑ No    Does your Spouse Work? ☐ Yes ☐ No  Annual Spouse Income? $ _____

2  I have a net income of $ 750 00 ___ paid ☐ weekly ☐ every two weeks ☑ semi-monthly ☑ mon / ☐ yearly ☐ other _____
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments minus deductions required by law and other court-ordered support payments such as child support )

3  I have other income paid ☐ weekly ☐ every two weeks ☑ semi-monthly ☐ monthly ☐ yearly ☐ other _____
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | | | |
|---|---|---|---|---|---|---|
| Second Job | Yes $ _____ | No | Veterans' benefits | Yes $ _____ | No |
| Social Security benefits | Yes $ _____ | No | Worker's compensation | Yes $ _____ | No |
| For you | Yes $ _____ | No | Income for absent family members | Yes $ _____ | No |
| For child(ren) | Yes $ _____ | No | Stock/bonds | Yes $ _____ | No |
| Unemployment compensation | Yes $ _____ | No | Rental income | Yes $ _____ | No |
| Union Payments | Yes $ _____ | No | Dividends or interest | Yes $ _____ | No |
| Retirement/pensions | Yes $ _____ | No | Other kinds of income not on the list | Yes $ _____ | No |
| Trusts | Yes $ _____ | No | Gifts | Yes $ _____ | No |

   I understand that I will be required to make payments for fees and costs to the Clerk in accordance with s 57 082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so

4  I have other assets (Circle "Yes" and fill in the value of the property, otherwise circle "No")

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ 20 00 | No | Savings | Yes $ 100 00 | No |
| Bank Account(s) | Yes $ 150 00 | No | Stocks/Bonds | Yes $ _____ | No |
| Certificates of deposit or money market accounts | Yes $ _____ | No | Homestead Real Property* | Yes $ 180,000 00 | No |
| | | | Motor Vehicle* | Yes $ _____ | No |
| Boats* | Yes $ 0.00 | No | Non-homestead real property/real estate | Yes $ _____ | No |

   * show loans on these assets in paragraph 5

   Check one  I ☐ DO ☑ DO NOT expect to receive more assets in the near future
   The asset is _____

5  I have a total amount of liabilities and debts in the amount of $ 7,000 00 ___ as follows
   Motor Vehicles $ _____ Home $ 2,400 00 ___ Other Real Property $ _____
   Child Support paid direct $ _____ Credit Cards $ _____
   Medical Bills $ _____ Costs of medicines (monthly) $ _____ Other $ _____

6  I have a private lawyer in this case  ☐ Yes ☑ No

A person who knowingly provides false information to the Clerk or the Court in seeking a determination of indigent status under s 27 52, F S , commits a misdemeanor of the first degree, punishable as provided in s 775 082, F S or s 775 083, F S  I attest that the information I have provided on this Application is true and accurate to the best of my knowledge

Signed this ___ day of __NOV__, 20 __

Year of Birth __1961__

Last 4 Numbers of Driver License Number or State ID __4060__

C
L
O
C
K
I
N

2023 NOV 15  AM 8: 07
FILED IN M.I.
CLERK OF CIR. CT.
BREVARD CO. FL

RACHEL M. SADOFF

Signature of Applicant for Indigent Status _____
Print Full Name  marc krasnow
Current Address  925 koch street
City, State, Zip Code merritt island fl 32953
Phone Number  5408180512
Email Address _____

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined that the applicant is ☑ Indigent ☐ Not Indigent, according to s 57 082

Dated this __14__ day of __NOV__, 20 __23__

_____ Deputy Clerk for Rachel M Sadoff Clerk of Courts

This form was completed with the assistance of _____ , Clerk/Deputy Clerk/Other authorized person

**APPLICANTS FOUND NOT INDIGENT MAY SEEK REVIEW BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW  Sign here if you want the judge to review the Clerk's decision** _____

LAW 929-A
Rev  12-29-2020

1

# IN THE COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

**DIVISION: SMALL CLAIMS**　　　　　**CASE NUMBER: 05-2023-SC-054465-XXXX-XX**

**PLAINTIFF**

MARC KRASNOW
925 KOCH ST
MERRITT ISLAND FL 32953-4528

**DEFENDANT**
MISSION LANE HOLDINGS INC
4701 COX RD
SUITE 285
GLEN ALLEN VA 23060

## SUMMONS/NOTICE TO APPEAR FOR A PRETRIAL CONFERENCE

PRETRIAL INFORMATION:

DATE: Tuesday, March 5, 2024

TIME: 1:30 PM

LOCATION: TITUSVILLE HISTORIC COURTHOUSE
506 PALM AVENUE   TITUSVILLE FL 32796

JUDGE: KENNETH FRIEDLAND

Service Information:

To Whom:
Date:
Time:

Served By:

**STATE OF FLORIDA:**

**NOTICE TO PLAINTIFFS AND DEFENDANTS:** YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the time and location indicated above for PRETRIAL CONFERENCE before a Judge of this Court.

WITNESS my hand and Official Seal on the 15th day of November, 2023, in Brevard County, Florida.



/ s / S BRYANT
Deputy Clerk
Brevard County Clerk of Courts

LAW 168 / 20190509　　　　　　　　　　　　　Copy 2 (srb67) - 1



Case # 05-2023-SC-054465-XXXX-XX
Document Page # 3

*37311260*

## IMPORTANT - READ CAREFULLY

1. **THIS CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE, BUT MAY BE MEDIATED AT THAT TIME.**
2. **DO NOT BRING WITNESSES. YOU MUST APPEAR IN PERSON OR BY ATTORNEY.**
3. **WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

---

### ONLINE DISPUTE RESOLUTION
#### 18th Judicial Circuit - Brevard County
### SMALL CLAIMS RESOLUTION CENTER

The 18th Judicial Circuit-Brevard County is pleased to invite you to participate in the Court's Online Dispute Resolution (ODR) process. ODR can be used by parties to a Small Claims lawsuit to negotiate a settlement. Instead of a Judge deciding your case, you can take control of the process by resolving your case online.

ODR allows you the opportunity to settle with the other party at your convenience, using your computer, tablet, or smartphone. You can work online to negotiate from any location and at any time, including evenings and weekends. If you reach an agreement using this option, and it is filed with the Clerk of Court as required, you will not have to appear in court on your PreTrial Conference date.

After reviewing your case for eligibility AND if you have filed a Designation of Email Address for service with the Clerk of Court, plaintiffs will receive an email inviting them to participate and initiate the process. ODR is optional, so both parties would have to agree to use this process.

### IMPORTANT NOTE REGARDING DEBT COLLECTION
**If you agree to use this ODR process, you are permitting the creditor to contact you via this platform to attempt to settle your lawsuit. Either party may discontinue the process at any time, for any reason, with written notice to the other party.**

For additional information from the Circuit's website, please view this link: https://flcourts18.org/court-programs/odr/

PLAINTIFFS: Please check your email frequently for the invitation from the Court.

PLAINTIFFS AND DEFENDANTS: If you would like to participate and have not filed a Designation of Email Address agreeing to eservice, please send an email requesting participation to: BrevardODR@flcourts18.org. If you prefer, you may download a Non-Attorney Designation of Email Address form, complete it, and file it with the Clerk of Court. You may access this form at http://www.brevardclerk.us/index.cfm/administration.

**PLAINTIFF**
MARC   KRASNOW

**DEFENDANT**
MISSION LANE HOLDINGS INC

The Defendant(s) must appear in court on the date specified in order to avoid a Default Judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and/or time of the PreTrial Conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the PreTrial Conference.

The purpose of the PreTrial Conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for Trial if the case cannot be resolved at the PreTrial Conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

## MEDIATION

Mediation may take place during the time scheduled for the PreTrial Conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonadversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in county court mediation are primarily conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and priveleged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the Court. The Court may or may not approve a payment plan and withhold Judgment of Execution or Levy.

<u>RIGHT TO VENUE</u>: The law gives the person who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the Defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1. Where the contract was entered into;
2. If the suit is on an unsecured promissory note, where note is signed or where the maker resides;
3. If the suit is to recover property or to foreclose a lien, where the property is located;
4. Where the event giving rise to the suit occurred;
5. Where any one or more of the defendant(s) sued reside(s);
6. Any location agreed to in a contract.

In an action for money due, if there is no agreement as to where suit may be filed, proper venue lies in the county where payment is to be made.

If you as defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's attorney.

A copy of the Statement of Claim shall be served with this Summons.


## NOTICE TO PERSONS WITH A DISABILITY


**REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES: If you are a person with disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration at the Moore Justice Center, 2825 Judge Fran Jamieson Way, 3rd. Floor, Melbourne, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

# CLERK OF COURTS OFFICE LOCATIONS

### TITUSVILLE CLERK'S OFFICE

CLERK OF COURTS
400 SOUTH STREET,
2ND FLOOR
TITUSVILLE, FL 32780
TELEPHONE: (321) 637-5413
FAX: (321) 264-5269

### MERRITT ISLAND CLERK'S OFFICE

CLERK OF COURTS
2575 N. COURTNEY PARKWAY,
ROOM 129
MERRITT ISLAND, FL 32953
TELEPHONE: (321) 637-5413
FAX: (321) 637-6525

### MELBOURNE CLERK'S OFFICE

CLERK OF COURTS
51 S. NIEMAN AVENUE
MELBOURNE, FL 32901
TELEPHONE: (321) 952-4604
FAX: (321) 952-4602

### PALM BAY CLERK'S OFFICE

CLERK OF COURTS
450 COGAN DR., S.E.
PALM BAY, FL 32909
TELEPHONE: (321) 637-5413
FAX: (321) 637-6526

### VIERA CLERK'S OFFICE

CLERK OF COURTS
HARRY T. AND HARRIETTE V.
MOORE JUSTICE CENTER
2825 JUDGE FRAN JAMIESON WAY
MELBOURNE, FL 32940
TELEPHONE: (321) 637-5413
FAX: (321) 617-7311

# IN THE COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

**DIVISION: SMALL CLAIMS**  **CASE NUMBER: 05-2023-SC-054465-XXXX-XX**

**PLAINTIFF**

MARC KRASNOW
925 KOCH ST
MERRITT ISLAND FL 32953-4528

**DEFENDANT**
MISSION LANE LLC
4701 COX RD
SUITE 285
GLEN ALLEN VA 23060

## SUMMONS/NOTICE TO APPEAR FOR A PRETRIAL CONFERENCE

PRETRIAL INFORMATION:

DATE: Tuesday, March 5, 2024

TIME: 1:30 PM

LOCATION: TITUSVILLE HISTORIC COURTHOUSE
506 PALM AVENUE  TITUSVILLE FL 32796

JUDGE: KENNETH FRIEDLAND

Service Information:

To Whom:
Date:
Time:

Served By:

**STATE OF FLORIDA:**

**NOTICE TO PLAINTIFFS AND DEFENDANTS:** YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the time and location indicated above for PRETRIAL CONFERENCE before a Judge of this Court.

WITNESS my hand and Official Seal on the 15th day of November, 2023, in Brevard County, Florida.



/ s / S BRYANT

Deputy Clerk
Brevard County Clerk of Courts

LAW 168 / 20190509                                          Copy 2 (srb67) - 1



Case # 05-2023-SC-054465-XXXX-XX
Document Page # 4

*37311307*

## IMPORTANT - READ CAREFULLY

1. **THIS CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE, BUT MAY BE MEDIATED AT THAT TIME.**
2. **DO NOT BRING WITNESSES. YOU MUST APPEAR IN PERSON OR BY ATTORNEY.**
3. **WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

---

### ONLINE DISPUTE RESOLUTION
#### 18th Judicial Circuit - Brevard County
### SMALL CLAIMS RESOLUTION CENTER

The 18th Judicial Circuit-Brevard County is pleased to invite you to participate in the Court's Online Dispute Resolution (ODR) process. ODR can be used by parties to a Small Claims lawsuit to negotiate a settlement. Instead of a Judge deciding your case, you can take control of the process by resolving your case online.

ODR allows you the opportunity to settle with the other party at your convenience, using your computer, tablet, or smartphone. You can work online to negotiate from any location and at any time, including evenings and weekends. If you reach an agreement using this option, and it is filed with the Clerk of Court as required, you will not have to appear in court on your PreTrial Conference date.

After reviewing your case for eligibility AND if you have filed a Designation of Email Address for service with the Clerk of Court, plaintiffs will receive an email inviting them to participate and initiate the process. ODR is optional, so both parties would have to agree to use this process.

### IMPORTANT NOTE REGARDING DEBT COLLECTION
**If you agree to use this ODR process, you are permitting the creditor to contact you via this platform to attempt to settle your lawsuit. Either party may discontinue the process at any time, for any reason, with written notice to the other party.**

For additional information from the Circuit's website, please view this link:
https://flcourts18.org/court-programs/odr/

PLAINTIFFS: Please check your email frequently for the invitation from the Court.

PLAINTIFFS AND DEFENDANTS: If you would like to participate and have not filed a Designation of Email Address agreeing to eservice, please send an email requesting participation to: BrevardODR@flcourts18.org. If you prefer, you may download a Non-Attorney Designation of Email Address form, complete it, and file it with the Clerk of Court. You may access this form at http://www.brevardclerk.us/index.cfm/administration.

**PLAINTIFF**
MARC  KRASNOW

**DEFENDANT**
MISSION LANE LLC

The Defendant(s) must appear in court on the date specified in order to avoid a Default Judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and/or time of the PreTrial Conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the PreTrial Conference.

The purpose of the PreTrial Conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for Trial if the case cannot be resolved at the PreTrial Conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

## MEDIATION

Mediation may take place during the time scheduled for the PreTrial Conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonadversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in county court mediation are primarily conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and priveleged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the Court. The Court may or may not approve a payment plan and withhold Judgment of Execution or Levy.

RIGHT TO VENUE: The law gives the person who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the Defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1. Where the contract was entered into;
2. If the suit is on an unsecured promissory note, where note is signed or where the maker resides;
3. If the suit is to recover property or to foreclose a lien, where the property is located;
4. Where the event giving rise to the suit occurred;
5. Where any one or more of the defendant(s) sued reside(s);
6. Any location agreed to in a contract.

In an action for money due, if there is no agreement as to where suit may be filed, proper venue lies in the county where payment is to be made.

If you as defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's attorney.

A copy of the Statement of Claim shall be served with this Summons.


## NOTICE TO PERSONS WITH A DISABILITY


**REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES: If you are a person with disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration at the Moore Justice Center, 2825 Judge Fran Jamieson Way, 3rd. Floor, Melbourne, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

# CLERK OF COURTS OFFICE LOCATIONS

## TITUSVILLE CLERK'S OFFICE

CLERK OF COURTS
400 SOUTH STREET,
2ND FLOOR
TITUSVILLE, FL 32780
TELEPHONE: (321) 637-5413
FAX: (321) 264-5269

## MERRITT ISLAND CLERK'S OFFICE

CLERK OF COURTS
2575 N. COURTNEY PARKWAY,
ROOM 129
MERRITT ISLAND, FL 32953
TELEPHONE: (321) 637-5413
FAX: (321) 637-6525

## MELBOURNE CLERK'S OFFICE

CLERK OF COURTS
51 S. NIEMAN AVENUE
MELBOURNE, FL 32901
TELEPHONE: (321) 952-4604
FAX: (321) 952-4602

## PALM BAY CLERK'S OFFICE

CLERK OF COURTS
450 COGAN DR., S.E.
PALM BAY, FL 32909
TELEPHONE: (321) 637-5413
FAX: (321) 637-6526

## VIERA CLERK'S OFFICE

CLERK OF COURTS
HARRY T. AND HARRIETTE V.
MOORE JUSTICE CENTER
2825 JUDGE FRAN JAMIESON WAY
MELBOURNE, FL 32940
TELEPHONE: (321) 637-5413
FAX: (321) 617-7311

**IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY**

**MARC KRASNOW,**

                        **CASE NO.:   05-2023-SC-054465**

        **Plaintiff,**

**vs.**

**MISSION LANE HOLDINGS INC
MISSION LANE LLC,**

        **Defendant.**

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF ELECTRONIC MAIL
ADDRESSES FOR DEFENDANT**

      Rachel B. Cash, Esq. and Brett S. Stroze, Esq. of the law firm of Burr & Forman LLP,

enters their appearance in the above captioned matter as counsel of record for Defendant Mission

Lane, LLC ("Defendant").  Please forward copies of all future pleadings and correspondence to

the undersigned as follows:

RACHEL B. CASH
FL Bar # 114052
(Primary) rcash@burr.com
(Secondary) jcarlin@burr.com
BRETT S. STROZE
FL Bar # 1049718
(Primary) bstroze@burr.com
(Secondary) nwmosley@burr.com
200 South Orange Avenue
Suite 800
Orlando, FL 32801

Respectfully submitted this 8th day of March, 2024.

                                _/s/ Brett S. Stroze_____
                                RACHEL B. CASH
                                (FL Bar # 114052)
                                E-mail: rcash@burr.com
                                Secondary Email: jcarlin@burr.com
                                BRETT S. STROZE
                                (FL Bar # 1049718)

E-mail: bstroze@burr.com
Secondary Email: nwmosley@burr.com
200 South Orange Avenue
Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Defendant, Mission Lane LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of March, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the Florida Court E-Filing Portal and furnished a copy to:

Marc Krasnow
925 Koch Street
Merritt Island, FL 32953
Email: baruchhashem1836@gmail.com;
       krazzmatic@aol.com

*/s/ Brett S. Stroze*
Brett S. Stroze (FL Bar # 1049718)

**IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA**

**CASE NO: 05-2023-SC-054465**

**MARC KRASNOW,**
  **Plaintiff,**

**-vs-**

**MISSION LANE HOLDINGS INC**
**MISSION LANE LLC,**
  **Defendant.**

_____

**ORDER RESCHEDULING PRETRIAL CONFERENCE**

This cause coming before this Court for Pretrial Conference and the Court having been advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that the Pretrial Conference is rescheduled and shall be held before this Court at the Titusville Historic Courthouse located at 506 S. Palm Ave., Titusville, FL 32796 - Courtroom 2 at **1:30pm** on **Tuesday, June 04, 2024**.

The parties or their counsel, if any, shall attend this proceeding and failure to attend timely may result in entry of a dispositive order adverse to the non-appearing party.

DONE AND ORDERED on Wednesday, March 6, 2024, in Brevard County, Florida.



Kenneth Friedland, County Judge
05-2023-SC-054465 03/06/2024 01:23:28 PM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to

MISSION LANE HOLDINGS INC   MARC KRASNOW
4701 COX RD                 baruchhashem1836@gmail.com
SUITE 285
GLEN ALLEN, VA 23060

this Wednesday, March 6, 2024.

05-2023-SC-054465 03/06/2024 01:34:18 PM

Valerie Mackey, Judicial Assistant
05-2023-SC-054465 03/06/2024 01:34:18 PM

**ATTN: PERSONS WITH DISABILITIES. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration, 2825 Judge Fran Jamieson Way, 3rd floor, Viera, Florida, 32940-8006, (321) 633-2171 ext. 3 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IN THE COUNTY ☑ COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

**DIVISION: CIVIL**          **CASE NUMBER: 05-2023- SC -054465- XXX-XX**

**PETITIONER/PLAINTIFF**
Marc Krasnow

*CLOCK IN*

RACHEL M. SADOFF
2024 APR 11 PH 3:34
FILED IN M.I.
CLERK OF CIR. CT
BREVARD CO. FL.

**RESPONDENT/DEFENDANT**
Mission Lane Holdings

Mission Lane LLC

## MOTION To Amend Statement of Claim

To Amend and Add to Statement of Claim: Violation of the Fair Credit Billing Act

Expenses, Charges, Penalties, Fees and/or Damages due to Violation of the Fair Credit Billing Act

s/Marc Krasnow

Signature

925 Koch St
Address

Merritt Island FL 32953
City/State/Zip

540 818 0512
Telephone Number

krazzmatic@aol.com
E-Mail Address

04 08 2024

Date

Case # 05-2023-SC-054465-XXXX-XX
Document Page # 7
*37950221*

Law 1342 / Rev. 12-15-2016          1

<u>**MOTION** To Amend Statement of Claim</u>

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the \_\_\_\_30\_\_\_\_ day of _____April_____, 2024\_\_\_, I   ☐ hand-delivered   ☐ mailed   ☑ e-mailed   ☐ couriered   the   foregoing   to   the following parties:

  Cash, Rachel <rcash@burr.com>

s/Marc Krasnow

Signature

## IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

**CASE NO: 05-2023-SC-054465**

**MARC  KRASNOW,**
   **Plaintiff,**

**-vs-**

**MISSION LANE HOLDINGS INC**
**MISSION LANE LLC,**
   **Defendant.**

_____

### NOTICE OF HEARING

   **YOU ARE HEREBY NOTIFIED** that this Court has scheduled a Hearing before the

undersigned on the issue to Determine Service of Process at the Titusville Historic Courthouse, 506

S. Palm Ave., Titusville, FL 32796, Courtroom 2, on **Monday, June 24, 2024**, at  **1:30pm** or as

soon thereafter as the case can be heard.  Parties may appear in person, or remotely via Microsoft

TEAMS (https://fl18.org/kfsc).

   DONE AND ORDERED on Wednesday, June 5, 2024, in Chambers in Titusville, Brevard

County, Florida.



05-2023-SC-054465 06/05/2024 08:46:47 AM

Kenneth Friedland, County Judge
05-2023-SC-054465 06/05/2024 08:48:47 AM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was furnished to

STROZE, BRETT S    Marc Krasnow
bstroze@burr.com    baruchhashem1836@gmail.com
nwmosley@burr.com    krazzmatic@aol.com

Rachel B. Cash
rcash@burr.com
jcarlin@burr.com

this Wednesday, June 5, 2024.

05-2023-SC-054465 06/05/2024 09:16:25 AM

Valerie Mackey, Judicial Assistant
05-2023-SC-054465 06/05/2024 09:16:25 AM

**ATTN: PERSONS WITH DISABILITIES. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration, 2825 Judge Fran Jamieson Way, 3rd floor, Viera, Florida, 32940-8006, (321) 633-2171 ext. 3 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

# IN THE COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

**DIVISION: CIVIL**

**CASE NUMBER: 05-2023- SC -054465- XXX-XX**

**PETITIONER/PLAINTIFF**
Marc Krasnow

*CLOCK IN*

RACHEL M. SADOFF
FILED IN M.I.
CLERK OF CIR. CT.
BREVARD CO. FL.
2024 JUN 19 PM 3: 15

**RESPONDENT/DEFENDANT**
Mission Lane Holdings INC

Mission Lane LLC

## MOTION To AFFIRM Court's Jurisdiction

34.01 Jurisdicion of County Court

Plaintiff requests that this Court affirms its Jurisdiction over Defendant. .

Plaintifff requests for this Court to affirm Defendant's acceptance of this Court's Jurisdiction. Defendant has had enough extensive engagement with the Court and Plaintiff, through multiple actions and activities, thereby accepting the Jurisdiction of this court. and this case should proceed to trial.

Signature

925 Koch Street
Address

Merritt Island FL 32953
City/State/Zip

540 818 0512
Telephone Number

krazzmatic@aol.com
E-Mail Address

06 19 2024
Date

Case # 05-2023-SC-054465-XXXX-XX
Document Page # 9
*38260479*

Law 1342 / Rev. 12-15-2016

1

**MOTION To AFFIRM Court's Jurisdiction**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____06____ day of _____20_____, 2024 ,
I ☐ hand-delivered ☐ mailed ☑ e-mailed ☐ couriered the foregoing to the
following parties:

rcash@burr.com
bstroze@burr.com

s/ Marc Krasnow

Signature

IN THE County COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

DIVISION: Civil                          CASE NO: 05-2023-SC-054465

### Motion to Affirm Court's Jurisdiction (page 2)

**PETITIONER/PLAINTIFF**
Marc Krasnow

**RESPONDENT/DEFENDANT**
Mission Lane Holdings INC.
Mission Lane LLC

With or Without Service of Process, Defendant has accepted, by their activity and actions, this Court's Jurisdiction.

With or Without Service of Process, Defendant appeared at a Pre-Trial Hearing on March 5th 2024

On  03/06/2024 Under the Court's Jurisdiction,
Defendant was served by the Court an ORDER RESCHEDULING PRETRIAL CONFERENCE for 1:30pm on Tuesday, June 04, 2024.

Accepting the Court's Jurisdiction, Defendant filed a motion with the Court on 03/08/2024: NOTICE OF APPEARANCE AND DESIGNATION OF ELECTRONIC MAIL ADDRESSES FOR DEFENDANT

Accepting the Court's Jurisdiction,from May 5th, 2024 onwards;  Defendant exchanged  22 emails with Plaintiff.

Accepting the Court's Jurisdiction, Defendant engaged in settlement talks with Plaintiff resulting in the dismissal of Case number 05-2023-SC-054495

Plaintiff requests that this Court affirms its Jurisdiction over Defendant.

Plaintifff requests for this Court to affirm Defendant's acceptance of this Court's Jurisdiction. Defendant has had enough extensive engagement with the Court and Plaintiff, through multiple actions and activities,  thereby accepting the Jurisdiction of this court. and this case should proceed to trial.

IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA

MARC KRASNOW,

        Plaintiff,

vs.                             CASE NO. 05-2023-SC-054465

MISSION LANE HOLDINGS, INC.
MISSION LANE LLC,

        Defendants,

_____/

## **STIPULATION – SERVICE OF PROCESS**

THIS STIPULATION is entered into the 21st day of June, 2024, by and between

Defendants identified as Mission Lane Holdings, Inc. and Mission Lane LLC ("Defendants") and

Marc Krasnow, Plaintiff, as follows:

Defendants, by and through undersigned counsel, hereby accept/waive service of process

of the Summons and Statement of Claim filed by Plaintiff, effective as of today's date.

Respectfully submitted this the 21st day of June, 2024.

_/s/Brett S. Stroze_____
Brett S. Stroze

_/s/_____
Marc Krasnow, *Plaintiff*

**Rachel B. Cash (FLB 114052)**
Burr & Forman LLP
420 N. 20th Street, Suite 3500
Birmingham, AL 35203
T: 205-458-5483; F: 205-244-5646
Primary: rcash@burr.com
Secondary: jcarlin@burr.com
**Brett S. Stroze (FLB 1049718)**
Primary: bstroze@burr.com
Secondary: nwmosley@burr.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of June, 2024, I caused a copy of the foregoing to

be electronically filed with the Clerk of Court using the Florida Court E-Filing Portal and furnished

a copy to:

Marc Krasnow
925 Koch Street
Merritt Island, FL 32953
Email: baruchhashem1836@gmail.com;
krazzmatic@aol.com

/s/ Brett S. Stroze
Brett S. Stroze (FL Bar # 1049718)

## IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

**CASE NO: 05-2023-SC-054465**

**MARC KRASNOW,**
  **Plaintiff,**

**-vs-**

**MISSION LANE HOLDINGS INC**
**MISSION LANE LLC,**
  **Defendant.**

_____

### ORDER CANCELLING COURT DATE

It is hereby **ORDERED** and **ADJUDGED** that the Hearing at the Titusville Historic Courthouse

located at 506 S. Palm Ave. Titusville, FL 32796 before Judge Friedland, Division 7, on **Monday,**

**June 24, 2024**, at **1:30pm** is hereby **CANCELLED**.

**DONE AND ORDERED** on Monday, June 24, 2024, in Chambers, Titusville, Florida.



05-2023-SC-054465 06/24/2024 10:50:35 AM

Kenneth Friedland, county judge
05-2023-SC-054465 06/24/2024 10:50:35 AM

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Order Cancelling Court Date
was furnished to

STROZE, BRETT S    Marc Krasnow
bstroze@burr.com    baruchhashem1836@gmail.com
nwmosley@burr.com   krazzmatic@aol.com

Rachel B. Cash
rcash@burr.com
jcarlin@burr.com

this Monday, June 24, 2024.

05-2023-SC-054465 06/24/2024 10:50:39 AM

Valerie Mackey, Judicial Assistant
05-2023-SC-054465 06/24/2024 10:50:39 AM