IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC KRASNOW,

    Plaintiff,                                Case No.: 6:24-cv-001327-WWB-EJK

v.

MISSION LANE HOLDINGS, INC.,
MISSION LANE LLC,

    Defendants.
_____/

## DEFENDANTS MISSION LANE HOLDINGS, INC'S AND MISSION LANE LLC'S RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants, identified as Mission Lane Holdings, Inc. and Mission Lane, LLC (collectively "Defendants") state as follows:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ Yes, and

    ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    A. Mission Lane, LLC, a limited liability company organized under the laws of the state of Utah, is a wholly owned subsidiary of Mission Lane Holdings Inc., a Delaware corporation. Mission Lane Holdings, Inc. does not have a parent

    corporation and no publicly held corporation owns 10% or more of its stock.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

  ☒ No.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    A. Mission Lane Holdings, Inc.;

    B. Mission Lane, LLC;

    C. Rachel B. Cash;

    D. Burr & Forman LLP;

    E. Brett S. Stroze;

    F. Marc Krasnow;

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

  None known to Defendants at this time.

5. Is this a bankruptcy action?

  ☒ No.

6. Is this a criminal case?

  ☒ No.

7. Is there an additional entity likely to actively participate in this action?

   None known to Defendants at this time.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Respectfully submitted this 31st day of July, 2024.

*/s/ Rachel B. Cash*
**Rachel B. Cash, Esq.**
(Florida Bar: 114052)
Email: rcash@burr.com
Secondary: jcarlin@burr.com
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5646
**Brett S. Stroze, Esq.**
(Florida Bar: 1049718)
Email: bstroze@burr.com
Secondary: nwmosley@burr.com
*Counsel for Defendants Mission Lane, LLC and Mission Lane Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July, 2024, I filed a true and correct copy of the foregoing via the CM/ECF system, which will provide electronic notice to all counsel of record and furnished a copy to:

Marc Krasnow
925 Koch Street
Merritt Island, FL 32953
Email: baruchhashem1836@gmail.com;
krazzmatic@aol.com
*Pro se Plaintiff*

                                          */s/ Rachel B. Cash*
                                          Rachel B. Cash, Esq.
                                          (Florida Bar: 114052)